UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 655, a labor organization, | )<br>)<br>) |
| Plaintiff, | ) Case No. 4:14-cv-01394-JAR<br>)<br>) |
| v. | )<br>) |
| ST. LOUIS FOOD HUB, TIF, INC., An administratively dissolved Missouri corporation, and | )<br>)<br>)<br>) |
| F2F, LLC, a Missouri Limited Liability Company, d/b/a St. Louis Food HUB and d/b/a Fields Foods, and | )<br>)<br>)<br>) |
| ST. LOUIS FOOD HUB, LLC, a Missouri Limited Liability Company, | )<br>)<br>) |
| Defendants. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff United Food and Commercial Workers Local 655 and Defendants St. Louis Food Hub, Tif, Inc., F2F, LLC, and St. Louis Food Hub, LLC (collectively, the "Parties"), by and through their attorneys of record, and stipulate and agree that the above styled action and all claims and counterclaims asserted therein shall be dismissed with prejudice. The Parties also stipulate and agree that the Card Check and Neutrality Agreement (Exhibit 7 to Plaintiff's Complaint, the "Agreement") is null and void, and that neither party has any rights or responsibilities under the Agreement. Each party will bear their own attorneys' fees and costs.

So Ordered
John A. Ross
2/5/2015

Respectfully submitted this 3rd day of February, 2015 by:

| HAMMOND AND SHINNERS, P.C. | HUSCH BLACKWELL LLP |
|---|---|
| By: /s/ Greg A. Campbell<br>Greg A. Campbell, #35381MO<br>7730 Carondelet Ave., Suite 200<br>St. Louis, MO 63105<br>Telephone: (314) 727-1015<br>Facsimile: (314) 727-0804<br>gcampbell@hammondshinners.com<br><br>*Counsel for Plaintiff* | By: /s/ Anthony G. Grice (w/consent)<br>Bradley Hiles, Esq., #28907MO<br>Anthony G. Grice, #61929MO<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br>Telephone: (314) 480-1500<br>Facsimile: (314) 480-1505<br>brad.hiles@huschblackwell.com<br>anthony.grice@huschblackwell.com<br><br>*Counsel for Defendants St. Louis Food Hub, TIF, Inc., F2F, LLC, and St. Louis Food Hub, LLC* |